UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| YORK RISK SERVICES GROUP, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:19-cv-340 |
| -v- | ) | |
| | ) | Hon. Paul L. Maloney |
| JOHN COUTURE, | ) | |
| Defendant. | ) | |
| | ) | |

## PRELIMINARY INJUNCTION

For the reasons stated on the record on May 17, 2019, the Court grants Plaintiff's motion for a Preliminary Injunction. Accordingly, it is ordered that:

1. Defendant Couture is **ENJOINED** from any form of employment that engages in direct or indirect competition with York Risk Services Group or any of its Affiliates—including such employment at McLarens or any other enterprise—until November 16, 2019 or the conclusion of this litigation, whichever comes first.

2. Couture is **ENJOINED** from directly or indirectly soliciting or calling upon York's employees and customers until November 16, 2020 or the conclusion of this litigation, whichever comes first.

3. Couture is **ENJOINED** from directly or indirectly diverting or attempting to divert any business from York until November 16, 2020 or the conclusion of this litigation, whichever comes first.

4. Couture is required to **PRESERVE** all of York's Confidential Information, as that term is defined in the Agreement, and York property in his possession;

5. Couture is **ENJOINED** from, using, diverting, or disclosing to any person or entity, for any purpose, any of York's confidential, proprietary, or trade secret information, including, but not limited to, York's customer information, pricing, profit margins, business methods, vendor information and costs, supplier information and costs, adjuster methodology, and any other confidential, proprietary, or trade secret information to which he had access or obtained in the course of his employment with York until the conclusion of this litigation.

**IT IS SO ORDERED.**

Date: May 17, 2019                                     /s/ Paul L. Maloney  
                                                       Paul L. Maloney  
                                                       United States District Judge